# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Charles Almond, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No: 15 C 50291 |
| | ) | |
| Wexford Health Sources, Inc., et al. | ) | |
| | ) | |
| *Defendants*. | ) | Judge Frederick J. Kapala |

## ORDER

Before the court is a report and recommendation ("R&R") [127] by the magistrate judge that defendant Charles Fasano's motion to dismiss for failure to state a claim [113] be granted. After being afforded a sufficient opportunity, neither party has offered any objection to the R&R. Accordingly, there being no written objection to the R&R of the magistrate judge, <u>see</u> 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); <u>Thomas v. Arn</u>, 474 U.S. 140, 149-50 (1985), and the court having reviewed the R&R, the court accepts the R&R and Charles Fasano is now terminated from the case.

Date: 2/26/2018                                                ENTER:

                                                              _____
                                                              FREDERICK J. KAPALA

                                                              District Judge