UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.2
Western Division

Charles Almond

                                         Plaintiff,

v.                                                        Case No.: 3:15−cv−50291
                                                                Honorable Rebecca R. Pallmeyer

Wexford Health Source, Inc., et al.

                                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, February 24, 2020:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Plaintiff's motion, docketed as one for a "bill of costs," is instead a request for reimbursement of expenses from the District Court's fund. The request [169] is granted and counsel is encouraged to submit the invoice pursuant to the procedures established by the Clerk. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.